**Van A. Webster for use of Automobile Underwriters of America, appellant, v. Zinter Cartage Company, appellee. Gen. No. 26,751.**

Action to recover premiums on policies of automobile insurance. Judgment for defendant. Appeal from the Municipal Court of Chi-

cago; the Hon. Bernard P. Barasa, Judge, presiding. Heard. in this court at the March term, 1921. Reversed and judgment here. Opinion filed December 19, 1921.

Lannen & Hickey, for appellant. No appearance for appellee.

Mr. Presiding. Justice Dever delivered the opinion of the court.